PER CURIAM.
We affirm defendant’s conviction for first degree murder. We have carefully considered defendant’s various contentions on appeal and do not conclude that there was reversible error. See Heiney v. State, 447 So.2d 210 (Fla.), cert. denied, 469 U.S. 920, 105 S.Ct. 303, 83 L.Ed.2d 237 (1984); Benson v. State, 526 So.2d 948, 954 (Fla. 2d DCA), review denied, 536 So.2d 243 (Fla. 1988), cert. denied, 489 U.S. 1069, 109 S.Ct. 1349, 103 L.Ed.2d 817 (1989) (quoting Dirring v. United States, 328 F.2d 512, 515 (1st Cir.1964) (“If enough pieces of a jigsaw puzzle fit together the subject may be identified even though some pieces are lacking.”)); Tumulty v. State, 489 So.2d *198 150, 152 (Fla. 4th DCA), review denied, 496 So.2d 144 (Fla.1986); State v. Griffith, 561 So.2d 528, 530 (Fla.1990); Matter of Standard Jury Instructions in Criminal Cases, 431 So.2d 594, 595 (Fla.), modified, 431 So.2d 599 (Fla. 1981); Suarez v. State, 481 So.2d 1201, 1204-05 (Fla. 1985), cert. denied, 476 U.S. 1178, 106 S.Ct. 2908, 90 L.Ed.2d 994 (1986).
CAMPBELL, A.C.J., and LEHAN and ALTENBERND, JJ., concur.